# KIMBERLY C. TAVARES
## Attorney & Counselor at Law

Application GRANTED. The initial pretrial conference, scheduled for December 17, 2024, *see* ECF No. 14, shall be adjourned to **January 10, 2025** at **12:00 p.m.** The parties shall submit the Civil Case Management Plan and accompanying letter "no later than one week prior to the conference date." *Id.*

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 12, 2024

955 Coney Island Avenue, Suite 210
Brooklyn, NY. 11230
Office: 917.300.8435
Fax:718.310.3183
E-mail: kcoleman.tavares@gmail.com

December 10, 2024

By ECF
Hon. Judge H. Jennifer Rearden
United States District Court
Southern District Court of New York
500 Pearl Street
New York, NY 10007

**RE:**   *M.K. et al. v New York City Department of Education*
         *1:24 CV-04900 (JHR)*

Dear Hon.: Judge Rearden,

I am representing the Plaintiffs' in the above-entitled matter. This matter is scheduled for a prehearing conference on December 17, 2024. At this time, I am requesting a brief adjournment of the Prehearing Conference and extension of time to submit the Civil Case Management Plan and accompanying letter for medical reasons as I need to submit for diagnostic testing on that date. The Defendants have kindly consented to this request.

Any courtesies you can extend would be greatly appreciated. The Plaintiff thanks the Court for considering this request.

Very truly yours,

**KIMBERLY C. TAVARES**

Cc:   **All Counsel of record**
      **(via ECF)**