**KIMBERLY C. TAVARES**
**Attorney & Counselor at Law**

955 Coney Island Avenue, Suite 210<br>
Brooklyn, NY 11230<br>
Office: 917.300.8435<br>
Fax:718.310.3183<br>
E-mail: kcoleman.tavares@gmail.com

PLAINTIFF'S SECOND LETTER MOTION FOR AN EXTENSION TO FILE

March 3, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025
```

By ECF
Hon. Judge H. Jennifer Rearden
United States District Court
Southern District Court of New York
500 Pearl Street
New York, NY 10007

        **RE:**    *M.K. et al. v New York City Department of Education*
                *1:24 CV-04900 (JHR)*

Dear Judge Rearden:

I write to respectfully request a second extension of the deadline for submitting the certified record in the above-referenced matter. Initially, this letter was rejected as a duplicate of my initial letter. However, this is not a duplicate of the first request.

On February 17, 2025, I submitted my first request for an extension due to extraordinary circumstances, which the Court graciously granted, extending the deadline to March 3, 2025. Prior to that, I requested the Certified Record from the State Review Office on February 12, 2025. Please find attached a copy of the automated confirmation email from the State Review Office acknowledging my request.

Since then, I have not received the Certified Record despite my diligent efforts to obtain it. I contacted the State Review Office by telephone on February 24, 2025, and again on February 26, 2025, to follow up on the status of my request. On both occasions, I was informed that my inquiry would be directed to the appropriate individual, and was assured that I would receive a response. Unfortunately, as of today, I have received no further communication beyond the initial acknowledgment of my request.

Given these circumstances, I respectfully request an extension of the deadline to submit the certified record. I am also requesting an extension of the deadline for the submission of the Summary Judgment Motion. I have conferred with opposing counsel Jordan Doll, who has graciously consented to this request. Specifically, I request that the deadline for the submission of the Certified Record be extended to March 14, 2025, and deadline for the Summary Judgment Motion be extended to April 14, 2025.

I sincerely appreciate the Court's time and consideration of this request. Should Your Honor require any additional information, I remain available at the Court's convenience.

Respectfully submitted

_____/s/_____

Kimberly C. Tavares
Counsel for Plaintiffs

**Cc:    All Counsel of record (via ECF)**

**Attachment**

Application GRANTED. Plaintiffs' deadline to submit the Certified Record is extended *nunc pro tunc* to **March 14, 2025**. Plaintiffs shall move for summary judgment by **April 14, 2025**. By **March 12, 2025**, the parties shall submit a joint letter informing the Court whether they seek a concomitant extension of the deadlines for (1) Defendant to file its cross-motion for summary judgment and opposition to Plaintiffs' motion; (2) Plaintiffs to submit their reply, if any, to Defendant's opposition and their opposition to Defendant's motion for summary judgment; and (3) Defendant to submit its reply, if any, to Plaintiffs' opposition. *See* ECF No. 19.

The Clerk of Court is directed to terminate ECF Nos. 22 and 24.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: March 10, 2025