**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
M.K. and S.H., on behalf of minor K.H.,

                          Plaintiff,

      -against-                                  24 **CIVIL** 04900 (LTS)

                                                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION.,

                         Defendant.
----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 30, 2026, the Court concludes that it lacks subject matter jurisdiction of this action. The Court therefore denies Plaintiffs' Motion for Summary Judgment and grants Defendant's Cross-Motion for Summary Judgment. Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2026

                                        **TAMMI M. HELLWIG**
                                         **Clerk of Court**

                **BY:**

                                         **Deputy Clerk**